1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.:  1:21-cv-00106-DAD-SAB |
|---|---|
| Plaintiff(s), | ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT |
| LAWRENCE A. HOWEN, ET AL. | |
| Defendant. | (ECF No. 5) |
| | DEADLINE: MARCH 12, 2021 |

On February 16, 2021, the parties filed a stipulation extending time for Defendants to file a response to the complaint.

Pursuant to the stipulation of the parties and finding good cause, Defendant shall file a responsive pleading on or before March 12, 2021.

IT IS SO ORDERED.

Dated:     **February 17, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1