# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>LAWRENCE A. HOWEN, et al.,<br><br>             Defendants. | Case No.  1:21-cv-00106-DAD-SAB<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE TO NOVEMBER 9, 2021 |

On January 26, 2021, the United States of America ("Plaintiff") filed this action pursuant to the Comprehensive Drug Abuse Prevention and Control Act of 1970 ("Controlled Substances Act" or "CSA"), 21 U.S.C. §§ 801 et seq., against Lawrence A. Howen and Nor-Cal Pharmacies, Inc. ("Defendants").  (ECF No. 1.)  After receiving an extension of time to respond to the complaint, Defendants filed a motion to dismiss on March 12, 2021.  (ECF No. 7.)  To allow decision on the pending motion to dismiss the scheduling conference set for May 6, 2021, the Court finds good cause exists to continue the mandatory scheduling conference.  Should the motion to dismiss be decided and this matter be ripe for scheduling prior to the continued date, the parties may request that the scheduling conference be advanced.

Accordingly, IT IS HEREBY ORDERED that:

1. The mandatory scheduling conference set for May 6, 2021, is CONTINUED to **November 9, 2021, at 10:30 a.m.** in Courtroom 9; and

1

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**March 16, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE