IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>             v.<br><br>LAWRENCE HOWEN, et al.,<br><br>                                    Defendants. | CASE NO.  1:21-cv-00106-DAD-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS<br><br>(ECF No. 10)<br><br>Deadline: May 6, 2021 |

On March 31, 2021, the parties filed a stipulation extending time for Plaintiff to file a response to Defendants' motion to dismiss.

Pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that Plaintiff shall file a response to Defendants' motion to dismiss **on or before May 6, 2021**.

IT IS SO ORDERED.

Dated:   **April 1, 2021**                              _____
                                                                                 UNITED STATES MAGISTRATE JUDGE