# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE A. HOWEN, et al.,<br><br>Defendants. | Case No. 1:21-cv-00106-DAD-SAB<br><br>ORDER RE STIPULATION AND CONTINUING MANDATORY SCHEDULING CONFERENCE TO MARCH 8, 2022 DUE TO PENDING MOTION TO DISMISS<br><br>(ECF No. 16) |

On January 26, 2021, the United States of America ("Plaintiff") filed this action pursuant to the Comprehensive Drug Abuse Prevention and Control Act of 1970 ("Controlled Substances Act" or "CSA"), 21 U.S.C. §§ 801 et seq., against Lawrence A. Howen and Nor-Cal Pharmacies, Inc. ("Defendants"). (ECF No. 1.) Defendants filed a motion to dismiss on March 12, 2021, that is currently pending before the District Judge. (ECF No. 7.) On March 16, 2021, due to the filing of the motion to dismiss, the Court continued the scheduling conference in this matter until November 9, 2021. (ECF No. 9.) The motion to dismiss became ripe with the filing of a reply on May 13, 2021. (ECF No. 13.) On October 15, 2021, the parties filed a stipulated request to continue the scheduling conference until November 23, 2021, due to the unavailability of counsel. (ECF No. 16.)

Because of the pending motion to dismiss, the Court now will instead continue the scheduling conference for a period of approximately 120 days rather than the short continuance

requested.  Should the motion to dismiss be decided and this matter becomes ripe for scheduling prior to the continued date, the parties may request that the scheduling conference be advanced.

        Accordingly, finding good cause, IT IS HEREBY ORDERED that:

1. The mandatory scheduling conference set for November 9, 2021, is CONTINUED to **March 8, 2022, at 10:00 a.m.** in Courtroom 9; and
2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **October 15, 2021**

                                      UNITED STATES MAGISTRATE JUDGE