Philip J. Terry, Esq. SBN 148144
Justin D. Hein, Esq. SBN 249275
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Defendants
LAWRENCE A. HOWEN and
NOR-CAL PHARMACIES, INC. D/B/A LOCKEFORD DRUG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.: 1:21-cv-00106-ADA-SAB |
|---|---|
| Plaintiff(s), | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER** |
| LAWRENCE A. HOWEN, ET AL. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that the Settlement Conference scheduled for June 5, 2023 at 9:30 a.m. is continued to Monday, July 10, 2023 at 9:30 a.m.

Good cause exists for this extension. Defendant, LAWRENCE HOWEN, is recovering from a recent illness. Due to the illness, the Defendants were unable to complete some of the conditions Plaintiff, UNITED STATES OF AMERICA had made concerning proceeding with a Settlement Conference. This additional time will be more than sufficient for the Defendants to complete those conditions. Counsel for Plaintiff and Defendants met and conferred and are in agreement that the new date will work for their respective clients.

This document is being electronically filed through the Court's ECF filing

1

System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and 3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

Dated: June 2, 2023      CARLE, MACKIE, POWER & ROSS, LLP

By:      /s/ Justin D. Hein
Philip J. Terry
Justin D. Hein
Attorneys for Defendants
LAWRENCE HOWEN, NOR-CAL PHARMACIES, INC. D/B/A LOCKEFORD DRUG

Dated: June 2, 2023      PHILLIP A. TALBERT
Acting United States Attorney

By:      /s/Steven S. Tennyson
Steven S. Tennyson
Assistant United States Attorney
Attorney for Plaintiff
United States of America

# ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED, the Settlement Conference is continued to **Monday, July 10, 2023 at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **June 2, 2023**                    /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE