# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE HOWEN, et al.,<br><br>Defendants. | Case No. 1:21-CV-00106-ADA-SAB<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 43, 46) |

The Court conducted a settlement conference in this action on July 21, 2023, at which the parties reached a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within sixty-five (65) days of entry of this order.

IT IS SO ORDERED.

Dated:   **July 21, 2023**              /s/ *Barbara A. McAuliffe*          
                              UNITED STATES MAGISTRATE JUDGE