# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cv-00106-ADA-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED EXTENSION OF DEADLINE TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| LAWRENCE A. HOWEN, et al., | (ECF Nos. 50, 55) |
| Defendants. | **DEADLINE: OCTOBER 9, 2023** |

On July 21, 2023, this matter was settled following a settlement conference, and dispositional documents were ordered to be filed withing sixty-five (65) days. (ECF No. 50.) On September 22, 2023, the parties filed a stipulated motion to extend the deadline to file dispositional documents by fourteen (14) days. (ECF No. 55.)

Accordingly, finding good cause, IT IS HEREBY ORDERED that the stipulated motion is GRANTED, and the parties shall file dispositional documents on or before October 9, 2023.

IT IS SO ORDERED.

Dated: **September 25, 2023**

UNITED STATES MAGISTRATE JUDGE

1