# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE A. HOWEN, et al.,<br><br>Defendants. | Case No. 1:21-cv-00106-ADA-SAB<br><br>ORDER GRANTING STIPULATED EXTENSION OF DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 57)<br><br>**DEADLINE: OCTOBER 24, 2023** |

On July 21, 2023, this matter was settled at a settlement conference, and dispositional documents were ordered to be filed withing sixty-five (65) days. (ECF No. 50.)  On October 10, 2023, the parties filed a stipulated motion to extend the deadline to file dispositional documents by fourteen (14) days, in order to finalize the terms of the agreement, having recently received the audio recording of the settlement conference.  (ECF No. 57.)

Accordingly, finding good cause, IT IS HEREBY ORDERED that the stipulated motion is GRANTED, and the parties shall file dispositional documents on or before October 24, 2023.

IT IS SO ORDERED.

Dated:   **October 10, 2023**

UNITED STATES MAGISTRATE JUDGE

1