# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cv-00106-ADA-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED EXTENSION OF DEADLINE TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| LAWRENCE A. HOWEN, et al., | (ECF Nos. 58, 59) |
| Defendants. | **DEADLINE: NOVEMBER 3, 2023** |

On July 21, 2023, this matter was settled at a settlement conference, and dispositional documents were ordered to be filed withing sixty-five (65) days. (ECF No. 50.) On October 11, 2023, the Court granted a stipulated request to extend the deadline to file dispositional documents by fourteen (14) days, in order to finalize the terms of the agreement, having recently received the audio recording of the settlement conference. (ECF Nos. 57, 58.) The deadline currently expires October 24, 2023. On October 24, 2023, the parties filed a request for a further ten (10) day extension of time, proffering they have now reached agreement on the needed changes after receiving the recording, and state they need additional time to finalize and file the necessary documents. (ECF No. 59.) The Court finds good cause to grant the additional limited extension of time.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED, and the parties shall file dispositional documents on or before November 3, 2023.

IT IS SO ORDERED.

Dated: **October 25, 2023**

_____
UNITED STATES MAGISTRATE JUDGE