1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE A. HOWEN, et al.,<br><br>Defendants. | Case No. 1:21-cv-00106-ADA-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>(ECF No. 60)<br><br>**DEADLINE: NOVEMBER 9, 2023** |

17

18    On July 21, 2023, this matter was settled at a settlement conference, and dispositional

19 documents were ordered to be filed withing sixty-five (65) days.  (ECF No. 50.)  On October 11,

20 2023, the Court granted a stipulated request to extend the deadline to file dispositional documents

21 by fourteen (14) days, in order to finalize the terms of the agreement, having recently received the

22 audio recording of the settlement conference.  (ECF Nos. 57, 58.)  On October 25, 2023, the

23 Court granted the parties' request for a further ten (10) day extension of time.  (ECF Nos. 59, 60.)

24 The Court set the deadline for the parties to file the dispositional documents for November 3,

25 2023.  (ECF No. 60.)

26    The deadline has now expired and the parties did not file dispositional documents, nor

27 requested an extension of time from the Court.  Local Rule 110 provides that "[f]ailure of counsel

28 or of a party to comply with these Rules or with any order of the Court may be grounds for

imposition by the Court of any and all sanctions … within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).  The Court shall require the parties to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the Court's order issued October 25, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1.  The parties shall show cause in writing **no later than November 9, 2023**, why sanctions should not issue for the failure to file dispositional documents as required by the October 25, 2023, order; and

2.  Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **November 6, 2023**

UNITED STATES MAGISTRATE JUDGE

2