# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE A. HOWEN, et al.,<br><br>Defendants. | Case No. 1:21-cv-00106-ADA-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 61, 63, 64) |

      On July 21, 2023, this matter was settled at a settlement conference, and dispositional documents were ordered to be filed withing sixty-five (65) days. (ECF No. 50.) On October 11, 2023, the Court granted a stipulated request to extend the deadline to file dispositional documents by fourteen (14) days, in order to finalize the terms of the agreement, having recently received the audio recording of the settlement conference. (ECF Nos. 57, 58.) On October 25, 2023, the Court granted the parties' request for a further ten (10) day extension of time. (ECF Nos. 59, 60.) The Court set the deadline for the parties to file the dispositional documents for November 3, 2023. (ECF No. 60.) On November 6, 2023, the Court issued an order to show cause as neither dispositional documents, nor a request for extension, was filed by the deadline. (ECF No. 61.)

      On November 9, 2023, each party responded to the Court's order to show cause. Counsel for Plaintiff represented unforeseen miscommunication inadvertently delayed the filing of the

dispositional documents. (ECF No. 63 at 2.) Joining Plaintiff's response to the order to show cause in its entirety, Defendants' counsel clarified there was a miscommunication as to how the dispositional documents were being finalized that left both sides believing they were waiting on the other to act. (ECF No. 64 at 1.) The parties cite the cooperative nature of the relationship between counsel contributed to the oversight, and assert they hold the Court's deadlines in the highest regard. (ECF No. 63 at 2; ECF No. 64 at 2.) On November 7, 2023, the parties took corrective actions and filed a stipulation and proposed order for entry of permanent injunction and dismissal of claims. (ECF No. 62.) The dispositional documents are currently pending before the District Judge. The Court finds good cause to discharge the order to show cause.

Accordingly, IT IS HEREBY ORDERED that the order to show cause issued on November 6, 2023, (ECF No. 61), is DISCHARGED

IT IS SO ORDERED.

Dated:  **November 13, 2023**

_____
UNITED STATES MAGISTRATE JUDGE